Kim R. Lepore (SBN 019130)
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: (602) 842-3368
Facsimile: (949) 608-9142

Attorneys for *Defendant*
Seterus, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward D. Scott and Bettyann Scott,<br><br>        Plaintiffs,<br><br>        vs.<br><br>Seterus, Inc.,<br><br>        Defendant. | Case No. 2:16-cv-04221-MHB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (First Request)** |

*Defendant* Seterus, Inc. ("Seterus"), along with *Plaintiffs* Edward D. Scott and Bettyann Scott, stipulate and agree to extend the deadline for Seterus to file a responsive pleading in this action to and including April 27, 2017. The parties are discussing settlement, however, consummation will require additional time.

/././

/././

/././

/././

/././

/././

/././

/././

/././

-1-
**STIPULATION**

1    A proposed form of Order is lodged herewith.

2    **DATED** this 28th day of March 2017.

3                                              **WRIGHT, FINLAY & ZAK, LLP**

4

5

6    JAMIN S. NEIL
     Attorneys for *Defendant* Seterus, Inc.

7                                                        Verified by PDFfiller
                                                         03/28/2017

8    *Edward D. Scott*

9    EDWARD D. SCOTT

10   *Bettyann Scott*

11   BETTYANN SCOTT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**STIPULATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2017, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and mailed the foregoing to the following:

Edward D. Scott
Bettyann Scott
3337 W King Dr.
Anthem, Arizona 85086-1679
Plaintiffs *In Propria Persona*

/s/ Gretchen Grant
GRETCHEN GRANT