Edward D. Scott
Bettyann Scott
3337 W. King Drive
Anthem, AZ 85086
edscott623@yahoo.com
(623) 337-2688
*Plaintiffs Pro Se*

FILED ___ LODGED
RECEIVED ___ COPY

APR 27 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Scott and Bettyann Scott, husband and wife; | No. CV-16-04221-PHX-MHB |
| Plaintiffs, | **NOTICE OF SERVICE OF SUBPOENAS FOR DISCOVERY** |
| v. | |
| Seterus Inc.; Corporations and Partnerships (1-10); and, John Does (1-10); | |
| Defendants. | |

Plaintiffs, Edward and Bettyann Scott, hereby give Notice that discovery Requests for Production of documents were served by Subpoena on non-parties JP Morgan Chase Bank and the Federal National Mortgage Association ("Fannie Mae") on April 18, 2017. Proofs of service including Defendant Seterus Inc. are attached. The Response date for both Subpoenas is May 26, 2017.

Respectfully submitted this 20th day of April, 2017 by:

*Edward D. Scott*

*Bettyann Scott*

Edward D. Scott
3337 W. King Drive
Anthem, AZ 85086
(623) 337-2688

Bettyann Scott
3337 W. King Drive
Anthem, AZ 85086
(623) 337-2688

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:16-CV-04221-MHB

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

*NOTICE OF*

I received this subpoena for *(name of individual and title, if any)* MR. JAMIN NEIL, WRIGHT, FINLAY, ZAK

on *(date)* _____ .

*NOTICE OF*

☑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 1/19/17 _____

_____
Server's signature

THOMAS J COPEE
Printed name and title

13331 W. BALLAD DR., SUN CITY WEST, AZ
Server's address                                            85375

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   2:16-CV-04221-MHB

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   JP Morgan Chase Bank

on *(date)*   4/18/2017

☑ I served the subpoena by delivering a copy to the named person as follows:   C T Corporation System
3800 N. Central Avenue, Suite 460, Phoenix, AZ  85012 as Statutory Agent for JP Morgan Chase Bank

on *(date)*                                                          ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                          for travel and $                          for services, for a total of $          0.00

I declare under penalty of perjury that this information is true.

Date:  4/18/17

*Server's signature*

THOMAS J. CORSE
*Printed name and title*

13331 W. BALLAD DR., SUN CITY WEST, AZ
85375
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  2:16-CV-04221-MHB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   Federal National Mortgage Association ("Fannie Mae")

on *(date)*  4/18/2017

☑ I served the subpoena by delivering a copy to the named person as follows:      by U.S. Priority Mail to

Federal National Mortgage Association ("Fannie Mae"), 3900 Wisconsin Ave. NW, Washington, D.C.

20016, ATTN: Legal Department                                     on *(date)*                                 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                               for travel and $                          for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:   4/19/17

*Server's signature*

THOMAS J. CORSE

*Printed name and title*

13331 W. BALLAD DR., SUN CITY WEST, AZ 85375

*Server's address*

Additional information regarding attempted service, etc.: